UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO EDWARDS,

    Plaintiff,

v.

R. SINGH, et al.,

    Defendants.

Case No. 24-cv-01861-PCP

**ORDER OF TRANSFER**

Roberto Edwards filed this *pro se* civil rights action complaining about events at California Medical Facility (CMF) in Vacaville, California, where he was previously incarcerated. CMF lies within the Eastern District of California. 28 U.S.C. § 84(b). The acts complained of in this lawsuit occurred in the Eastern District of California, and Defendant Singh is located in that District.

Because the defendant resides and the events at issue occurred in the Eastern District of California, venue would be proper in the Eastern District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: September 10, 2024

_____
P. Casey Pitts
United States District Judge